# 1128

Second Department. April 24, 1903.) Action by Walter B. Gunnison against the Board of Education of the City of New York.

PER CURIAM. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Form of question to be certified to be settled before Mr. Justice HIRSCHBERG.

GUNSER, Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by Jacob Gunser against the New York & Queens County Railway Company. No opinion. Judgment unanimously affirmed, with costs.

HAGAN, Appellant, v. WARD et al., Respondents. (Supreme Court, Appellate Division, First Department. March 20, 1903.) Action by Katherine C. K. Hagan against Sidney Ward and others. A Stickney, for appellant. A. McCulloh, for respondents. No opinion. Judgment (77 N. Y. Supp. 893) affirmed, with costs.

HAGMAIER, Appellant, v. WINTERMANTEL et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by Katharine Hagmaier, as administratrix, etc., of Frederick Hagmaier, deceased, against Joseph Wintermantel and the Williamsburgh Savings Bank. No opinion. Judgment affirmed, with costs.

HAIGHT v. STOCK, GRAIN & PROVISION CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by William C. Haight against the Stock, Grain & Provision Company of New York. No opinion. Motion denied.

HALL v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by Robert S. Hall against the city of New York and others. No opinion. Motion for reargument denied.

HAMBLET, Respondent, v. HAMBLET, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Action by Daisie M. Hamblet against Bayard Hamblet. H. D. McBurney, for appellant. J. F. Russell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HAMMEL, Appellant, v. GUNN, City Marshal, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by George E. Hammel against Thomas F. Gunn, city marshal, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

HAMMOND, Appellant, v. GRAY, Respondent. (Supreme Court, Appellate Division,

Third Department. March 11, 1903.) Action by Lizzie C. Hammond against Irwin M. Gray.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SMITH, J., dissents.

HANNA et al., Respondents, v. HANNA, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1903.) Action by Augusta Priscilla Hanna and others against Mary A. Hanna. No opinion. Judgment affirmed, with costs.

HAPP et al., Respondents, v. LAUFFER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by Frederick August Happ and others against Frederick Lauffer and others. No opinion. Judgment affirmed by default, with costs.

HARDING, Respondent, v. ONONDAGA COUNTY MILK ASS'N, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 24, 1903.) Action by Carrie Harding against the Onondaga County Milk Association. No opinion. Motion granted with $10 costs, unless the appellant within 20 days procures the printed papers on appeal to be printed, filed, and served, and pays the $10 costs of this motion, in which event the motion is denied.

HARMS, Respondent, v. HORGAN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by William Harms against William G. Horgan and others. J. E. Bullen, for appellants. E. Browne, for respondent. No opinion. Judgment affirmed, with costs.

HARRIS, Respondent, v. SIMPSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by William P. Harris, Jr., an infant, by guardian, etc., against Ephraim W. Simpson and another. No opinion. Judgment and order unanimously affirmed, with costs.

HART v. MYERS et al. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Samuel J. Hart against Morris Myers and another. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

HARTLEY, Appellant, v. PIONEER IRON WORKS, Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) Action by James Hartley against the Pioneer Iron Works. No opinion. Reargument ordered.

HARTMANN, Appellant, v. HOFFMAN, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by Joseph Hartman against Jacob Hoffman. No opinion. Motion denied.

HATZEL, Respondent, v. MORSE, Appellant, et al. (Supreme Court, Appellate Divi-